974

No. 1131, Misc. BODDIE ET AL. *v.* CONNECTICUT ET AL. Appeal from D. C. Conn. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted and case transferred to appellate docket. *Robert K. Killian,* Attorney General of Connecticut, and *Raymond J. Cannon,* Assistant Attorney General, for appellees.

No. 1977, Misc. SANKS ET AL. *v.* GEORGIA ET AL. Appeal from Sup. Ct. Ga. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. Case transferred to appellate docket and set for oral argument immediately following No. 1232 [*Simmons* v. *West Haven Housing Authority,* 394 U. S. 957]. *Arthur K. Bolton,* Attorney General, *Harold N. Hill, Jr.,* Executive Assistant Attorney General, and *Alfred L. Evans, Jr.,* and *A. Joseph Nardone,* Assistant Attorneys General, for appellee State of Georgia.

No. 995, Misc. PARKER *v.* NORTH CAROLINA. Ct. App. N. C. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted. Case transferred to appellate docket and set for oral argument immediately following No. 1064 [394 U. S. 956]. *T. W. Bruton,* Attorney General of North Carolina, and *James F. Bullock,* Deputy Attorney General, for respondent.